# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**RICKEY ALLAN BEARDEN**<br>**a/k/a Rickey Allen Bearden** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>CASE NUMBER: 07-00106-001<br>USM NUMBER:  09835-003 |

**THE DEFENDANT:**　　　　　　　　　　Fred Tiemann
　　　　　　　　　　　　　　　　**Defendant's Attorney**

☐　　admitted guilt to violation of supervision condition(s): _____

☒　　was found in violation of supervision condition(s):  #2, 3, 7 and Special Conditions

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Condition #2 | Technical | |
| Condition #3 | Technical | |
| Condition #7 | Technical | |
| Special Condition | Technical | |

　　　　**The defendant is sentenced as provided in page 2 of this** judgment.  **The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

☐　　The defendant has not violated condition(s) _____  and is discharged as to such violation(s) condition.

　　　　IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Mailing Address:**
  7248 Broadview Drive East_____
  Theodore, AL  36582_____

November 29, 2010
_____

s/KRISTI K. DuBOSE
_____
UNITED STATES DISTRICT JUDGE

December 1, 2010
_____
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **RICKEY ALLAN BEARDEN**
Case Number: **07-00106-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **NINE (9) MONTHS**.

☒ The court makes the following recommendations to the Bureau of Prisons:
**The Court orders an expedited designation date due to the offender's medical issues.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at __ .m. on __ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on ___ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

                                        ___UNITED STATES MARSHAL___

                              By _____
                                        Deputy U.S. Marshal